ALTON G. BURKHALTER, SBN 119594
BURKHALTER KESSLER GOODMAN & GEORGE LLP
2020 Main Street, Suite 600
Irvine, California 92614
Telephone:   (949) 975-7500
Facsimile:   (949) 975-7501
E-Mail:      aburkhalter@bkgglaw.com
E-Mail:      rlockwood@bkgglaw.com

ALEXANDER F. STUART, SBN 96141
ELLYN E. NESBIT, SBN 136398
WILLOUGHBY, STUART & BENING
50 W. San Fernando Street, Suite 400
San Jose, California 95113
Telephone:   (408) 289-1972
Facsimile:   (408) 295-6375
E-Mail:      afs@wsblaw.net

Attorneys for Plaintiffs
FRESNO MOTORS, LLC and SELMA MOTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRESNO MOTORS, LLC, a California limited liability company; and SELMA MOTORS, INC., a California corporation; <br><br> Plaintiff, <br><br> vs. <br><br> MERCEDES-BENZ USA, LLC, a Delaware limited liability company; and DOES 1 through 100 (INCLUSIVE), <br><br> Defendants. | CASE NO: C11-4478 EMC <br><br> **SUBSTITUTION OF ATTORNEYS FOR PLAINTIFFS, FRESNO MOTORS, LLC AND SELMA MOTORS, INC. AND [PROPOSED] ORDER** |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT:

Former legal representative:   Alton G. Burkhalter, SBN 119594
                              BURKHALTER KESSLER GOODMAN & GEORGE LLP
                              2020 Main Street, Suite 600
                              Irvine, California 92614
                              Telephone:   (949) 975-7500

1656.11221S                             -1-

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER

| | |
|---|---|
| New legal representative: | Facsimile: (949) 975-7501<br>Oliver W. Wanger, SBN 40331<br>WANGER JONES HELSLEY, PC<br>265 E. River Park Circle, Suite 310<br>Fresno, CA 93720<br>Telephone: (559) 233-4800<br>Facsimile: (559) 233-9330 |

The parties making this substitution are Plaintiffs, Fresno Motors, LLC and Selma Motors, Inc.

I consent to this substitution.

DATED: November 1, 2011

_____
Fresno Motors, LLC.
By: Dwight G. Nelson

I consent to this substitution.

DATED: November 1, 2011

_____
Selma Motors, Inc.
By: Dwight G. Nelson

I consent to this substitution.

DATED: _____, 2011

_____
Alton G. Burkhalter, Esq.
(Former Attorney)

I consent to this substitution.

DATED: _____, 2011

_____
Oliver W. Wanger, Esq.
(New Attorney)

|   |   |
|---|---|
| New legal representative: | Facsimile: (949) 975-7501<br>Oliver W. Wanger, SBN 40331<br>WANGER JONES HELSLEY, PC<br>265 E. River Park Circle, Suite 310<br>Fresno, CA 93720<br>Telephone: (559) 233-4800<br>Facsimile: (559) 233-9330 |

The parties making this substitution are Plaintiffs, Fresno Motors, LLC and Selma Motors, Inc.

I consent to this substitution.

DATED: _____, 2011

_____
Fresno Motors, LLC.
By: Dwight G. Nelson

I consent to this substitution.

DATED: _____, 2011

_____
Selma Motors, Inc.
By: Dwight G. Nelson

I consent to this substitution.

DATED: November 1, 2011

*/s/ Alton G. Burkhalter/*
_____
Alton G. Burkhalter, Esq.
(Former Attorney)

I consent to this substitution.

DATED: _____, 2011

_____
Oliver W. Wanger, Esq.
(New Attorney)

| | |
|---|---|
| New legal representative: | Facsimile: (949) 975-7501<br>Oliver W. Wanger, SBN 40331<br>WANGER JONES HELSLEY, PC<br>265 E. River Park Circle, Suite 310<br>Fresno, CA 93720<br>Telephone: (559) 233-4800<br>Facsimile: (559) 233-9330 |

The parties making this substitution are Plaintiffs, Fresno Motors, LLC and Selma Motors, Inc.

I consent to this substitution.

DATED: _____, 2011

_____
Fresno Motors, LLC.
By: Dwight G. Nelson

I consent to this substitution.

DATED: _____, 2011

_____
Selma Motors, Inc.
By: Dwight G. Nelson

I consent to this substitution.

DATED: _____, 2011

_____
Alton G. Burkhalter, Esq.
(Former Attorney)

I consent to this substitution.

DATED: 11-1-, 2011

_____
Oliver W. Wanger, Esq.
(New Attorney)

1656.11221S

- 2 -

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER

**PROPOSED ORDER**

Plaintiffs, FRESNO MOTORS, LLC and SELMA MOTORS, INC., and their former counsel, having consented to Oliver W. Wanger, Esq. as new legal representative in place of their former legal representative, the Court hereby orders that the substitution of attorneys is approved.

DATED:  11/2/11



IT IS SO ORDERED
Judge Edward M. Chen