ALEXANDER F. STUART, SBN 96141
ELLYN E. NESBIT, SBN 136398
GEORGE W. DOWELL, SBN 234759
WILLOUGHBY, STUART & BENING
50 W. San Fernando Street, Suite 400
San Jose, California 95113
Telephone:   (408) 289-1972
Facsimile:    (408) 295-6375
E-Mail:         afs@wsblaw.net
                    een@wsblaw.net
                    gwd@wsblaw.net

OLIVER W. WANGER, SBN 40331
WANGER JONES HELSLEY, PC
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone:   (559) 233-4800
Facsimile:    (559) 233-9330
Email:          owanger@wjhattorneys.com

Attorneys for Plaintiffs,
FRESNO MOTORS, LLC and SELMA MOTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESNO MOTORS, LLC, a California limited liability company; and SELMA MOTORS, INC., a California corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware limited liability company; and DOES 1 through 100, (INCLUSIVE),<br><br>Defendants. | Case No. C11-4478 EMC<br><br>Assigned to: Judge Edward M. Chen<br>Courtroom:   5<br><br>**STIPULATION AND ORDER**<br>**(1) TRANSFERING VENUE TO EASTERN DISTRICT, FRESNO DIVISION; (2) VACATING HEARING OF PENDING MOTION TO DISMISS; AND (3) EXTENDING DEADLINES FOR FILING AND SERVICE OF PLAINTIFFS' OPPOSTION AND DEFENDANT'S REPLY** |

It is hereby stipulated, by and between counsel for the parties, that pursuant to 28 U.S.C. section 1404 (a), this matter shall be transferred to the Eastern District of California, Fresno Division, for all further proceedings.

It is further stipulated that the Case Management Conference and hearing of the pending Motion to Dismiss Plaintiffs' First Amended Complaint, both scheduled for December 16, 2011 at 1:30 p.m., shall be taken off calendar, and that the Motion to Dismiss shall be reset for hearing

- 1 -

by the transferee Court at the transferee Court's convenience.

It is further stipulated that Plaintiffs' opposition to the Motion to Dismiss shall be filed and served no later than 10 days following the transferee Court's service, on Plaintiffs' counsel, of the transferee Court's notice of receipt and docketing of this matter in the Eastern District of California, Fresno Division, and that Defendant's reply to the opposition shall be filed and served no later than 7 days following service of Plaintiffs' opposition on Defendant's counsel. In calculating the time within which the opposition or reply must be filed, the parties request that the following days shall not be included: December 24, 25, 26 and 31, 2011, and January 1 and 2, 2012.

DATED: November 29, 2011

WILLOUGHBY, STUART & BENING

By _____
ALEXANDER F. STUART
Attorneys for Plaintiffs,
FRESNO MOTORS, LLC and SELMA MOTORS, INC.

DATED: November 29, 2011

WHEELER, TRIGG, O'DONNELL, LLP

By _____
GWEN J. YOUNG
Attorneys for Defendant
MERCEDES-BENZ USA, LLC

## ORDER

The parties having stipulated, pursuant to 28 U.S.C. section 1404 (a), to the transfer of this matter to the Eastern District of California, Fresno Division; and the parties having further stipulated to extend the deadlines for the filing and service of Plaintiffs' opposition to the pending Motion to Dismiss Plaintiffs' First Amended Complaint, and the filing and service of Defendant's reply to the opposition;

IT IS HEREBY ORDERED:

The Clerk of the Court is instructed to transfer this case to the United States District Court for the Eastern District of California, Fresno Division, for all further proceedings.

The Case Management Conference and hearing of the pending Motion to Dismiss Plaintiffs' First Amended Complaint, both scheduled for December 16, 2011 at 1:30 p.m., are taken off calendar.

Plaintiffs' opposition to the Motion to Dismiss shall be served and filed in the transferee Court no later than 10 days following service, on Plaintiffs' counsel, of the transferee Court's notice of receipt and docketing of this matter in the Eastern District of California, Fresno Division. Defendant's reply to the opposition shall be filed and served in the transferee Court no later than 7 days following service of Plaintiffs' opposition on Defendant's counsel. In calculating the time within which the opposition or reply must be filed, the following days shall not be included: December 24, 25, 26 and 31, 2011, and January 1 and 2, 2012.

Dated: 11/30, 2011



Judge Edward M. Chen

- 3 -

STIPULATION AND ORDER (1) TRANSFERRING VENUE TO EASTERN DISTRICT, FRESNO DIVISION; (2) VACATING HEARING OF PENDING MOTION TO DISMISS; AND (3) EXTENDING DEADLINES FOR FILING AND SERVICE OF PLAINTIFFS' OPPOSTION AND DEFENDANT'S REPLY