# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESNO MOTORS, LLC, et al., | CASE NO. CV F 11-2000 LJO BAM |
| Plaintiffs, | **ORDER TO RECUSE** |
| vs. | |
| MERCEDES-BENZ USA, LLC, | |
| Defendant. | |

The District Judges of the Eastern District of California met on December 7, 2011 and have decided that collective recusal of the District Judges is appropriate for one year from the departure of former colleague, Oliver W. Wanger, in any case in which he appears as counsel. Such recusal is pursuant to Volume 2B, Chapter 2, Guide to Judiciary Policy and Committee of Codes of Conduct Advisory Opinion No. 70. As such, the undersigned recuses himself from and will take no further action in this case.

The clerk is directed to refer this action to the Ninth Circuit Court of Appeals for reassignment to a District Judge of another district. Any pending matters will need to be set before the District Judge to whom this action is reassigned.

IT IS SO ORDERED.

Dated:     December 7, 2011                    /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE

1