UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 1:11-cv-02000-CJC                                           Date: January 12, 2012

Title: <u>FRESNO MOTORS, LLC, ET AL. V. MERCEDES-BENZ USA, LLC</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

<u>Michelle Urie</u>                                                <u>    N/A    </u>
Deputy Clerk                                                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                   None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER CONVERTING DEFENDANT'S MOTION TO DISMISS TO A MOTION FOR SUMMARY JUDGMENT** [filed 11/18/11]

On September 8, 2011, Plaintiffs Fresno Motors, LLC and Selma Motors, Inc. (collectively, "Plaintiffs") brought suit against Mercedes-Benz USA, LLC ("MB"), arising out of MB's exercise of a purportedly untimely right of first refusal that prevented Plaintiffs from purchasing the assets of the Mercedes-Benz franchise from Asbury Fresno Imports, LLC ("Asbury"). (Dkt. No. 1.) On November 4, 2011, Plaintiffs filed the operative First Amended Complaint ("FAC") for damages and restitution, asserting five causes of action for (1) intentional interference with existing contractual advantage, (2) intentional interference with prospective economic advantage, (3) unfair and deceptive business acts and practices, in violation of California Business & Professions Code section 17200, (4) violation of California Vehicle Code section 17133.3(t), and (5) fraudulent concealment. (Dkt. 23.) MB now moves to dismiss the FAC pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). (Dkt. No. 29.)

Here, most of the essential facts of the case are undisputed, and the success of Plaintiffs' claims hinge on determination of legal issues. Where additional evidence is needed, they are already in the parties' custody or control and may be submitted without further discovery. Court therefore converts Defendants' motion to dismiss to a motion for summary judgment pursuant to Federal Rules of Civil Procedure 12(d) and 56.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 1:11-cv-02000-CJC                                                                 Date: January 12, 2012
                                                                                                           Page 2

      MB is hereby ORDERED to submit a supplemental response no later than **February 3, 2012**. Plaintiffs are ORDERED to submit a supplemental opposition no later than **February 10, 2012.** Defendants may submit a supplemental reply no later than **February 17, 2012**. In their responses, the Court requests the parties to include briefing and additional evidence related to whether Plaintiffs can prove fraudulent concealment, particularly with regard to the following issues:

    (1) whether MB had a duty to disclose the contents of the "Acknowledgement and Agreement with respect to Exercise of Right of First Refusal" (the "Acknowledgment Agreement") that MB executed with Asbury on June 19, 2009, which contained the provision that "MB expressly agrees that it shall be primarily responsible for the performance under the Fresno Motors APA and the Sublease"; and

    (2) whether "but for" MB's failure to disclose the Acknowledgement Agreement to Plaintiffs, Plaintiffs would not have engaged in negotiations with the landlord of the Mercedes-Benz Fresno Dealership premises regarding the terms of assumption of Asbury's lease or a potential new lease with an option to purchase the entire premises.

The Court sets the hearing for MB's converted summary judgment motion for **Friday, February 24, 2012 at 9:00 a.m.**


jwp

MINUTES FORM 11
CIVIL-GEN                                                                                   Initials of Deputy Clerk MU