**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 1:11-cv-02000-CJC                                                                                       Date: February 9, 2012

Title: <u>FRESNO MOTORS, LLC, ET AL. V. MERCEDES-BENZ USA, LLC</u>

PRESENT:

<u>**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**</u>

<u>Michelle Urie</u>                                         <u>    N/A    </u>
Deputy Clerk                                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                              None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER GRANTING EXTENSION TO FILE OPPOSITION; DENYING PLAINTIFFS'** ***EX PARTE*** **APPLICATION TO EXTEND TIME FOR DISCOVERY**  [both filed 02/08/12]

On November 18, 2011, Defendant Mercedes-Benz USA, LLC ("MBUSA") moved to dismiss Plaintiffs' Fresno Motors, LLC and Selma Motors, Inc. (collectively, "Plaintiffs") First Amended Complaint ("FAC") for (1) intentional interference with existing contractual advantage, (2) intentional interference with prospective economic advantage, (3) unfair and deceptive business acts and practices, in violation of California Business & Professions Code section 17200, (4) violation of California Vehicle Code section 17133.3(t), and (5) fraudulent concealment.  (Dkt. No. 29.)  On January 12, 2012, the Court converted MBUSA's motion to dismiss to a motion for summary judgment pursuant to Federal Rules of Civil Procedure 12(d) and 56.  (Ct. Order, Dkt. No. 52, Jan. 12, 2012.)  The Court ordered MBUSA to submit a supplemental response by February 3, 2012, ordered Plaintiffs to submit a supplemental opposition by February 10, 2012, and permitted MBUSA to submit a supplemental reply by February 17, 2012.  (*Id.*)  The hearing on the converted motion for summary judgment was set for February 24, 2012 at 9:00 a.m.  (*Id.*)

MBUSA filed a timely supplemental response in support of its converted motion for summary judgment on February 3, 2012.  (Dkt. No. 56.)  On February 8, 2012, the parties filed a stipulation with respect to (1) Plaintiffs' request for a two-week extension to file their supplemental opposition to MBUSA's converted motion and (2) Plaintiffs'

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 1:11-cv-02000-CJC                                         Date: February 9, 2012
                                                                   Page 2

---

request to present, on a shortened schedule, an *ex parte* application to extend the time for discovery and present facts under Federal Rule of Civil Procedure 56(d).  (Dkt. No. 57.)  MBUSA, however, opposed Plaintiffs' *ex parte* application.  (*Id.*)  Plaintiffs concurrently filed their *ex parte* application to extend the time for discovery and present facts under Rule 56(d) with a supporting declaration.  (Dkt. Nos. 58, 59.)

      Having carefully reviewed the stipulation, Plaintiffs' *ex parte* application and supporting declaration, and the record in this case, the Court **HEREBY ORDERS AS FOLLOWS:**

      (1)  The Court **GRANTS** the parties' stipulation to extend the deadline for Plaintiffs to file an opposition to MBUSA's converted motion.  (Dkt. No. 57.)

      (2)  The Court **DENIES** Plaintiffs' *ex parte* application to extend time for discovery and to present facts under Rule 56(d), (Dkt. No. 58), as the Court finds that Plaintiffs' claims, including the claim for fraudulent concealment, turns on legal issues that do not require the submission of evidence or facts not already in the parties' control or custody.  In their opposition to the converted motion, Plaintiffs may indicate the specific reasons why additional discovery is necessary to oppose the converted motion.

      (3)  Plaintiffs are **ORDERED** to file an opposition to MBUSA's converted motion by **February 27, 2012**.  MBUSA may submit a reply by **March 12, 2012**.

      (4)  The hearing on the converted motion for summary judgment, currently set for February 24, 2012, is continued to **Friday, March 23, 2012 at 9:00 a.m.**

jwp

MINUTES FORM 11
CIVIL-GEN                                                          Initials of Deputy Clerk MU