**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| **FRESNO MOTORS, LLC, a California limited company; and SELMA MOTORS, INC., a California corporation;**<br><br>Plaintiffs,<br><br>vs.<br><br>**MERCEDES-BENZ USA, LLC, a Delaware limited liability company;**<br><br>Defendant. | Case No.: 1:11-cv-02000-CJC<br><br>**JUDGMENT FOR DEFENDANT** |

On September 8, 2011, Plaintiffs Fresno Motors, LLC and Selma Motors, Inc. (collectively, "Plaintiffs") brought this action against Mercedes-Benz USA, LLC ("MBUSA"), alleging that MBUSA tortiously interfered with Plaintiffs' contractual right to purchase the assets of Mercedes-Benz of Fresno, a local Mercedes-Benz dealership ("Fresno Dealership"), from Asbury Fresno Imports, LLC ("Asbury"). (Dkt. No. 1.)

1  On November 4, 2011, Plaintiffs filed the First Amended Complaint ("FAC"). (Dkt. No. 23.)  On November 18, 2011, MBUSA filed a renewed motion to dismiss the FAC pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).  (Dkt. No. 29). On January 12, 2012, the Court converted MBUSA's renewed motion to dismiss to a motion for summary judgment.  (Ct. Order, Dkt. No. 52, Jan. 12, 2012.)  On March 27, 2012, the Court granted MBUSA's converted motion for summary judgment on all of Plaintiffs' claims.  (Ct. Order, Dkt. No. 71, Mar. 27, 2012.)

ACCORDINGLY, IT IS HEREBY ORDERED, DECREED, AND ADJUDGED that Plaintiffs take nothing, and Judgment be entered in favor of MBUSA as the prevailing party on its converted motion for summary judgment against Plaintiffs on the First Amended Complaint.  MBUSA shall recover its costs.

DATED:    April 3, 2012

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE