**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| FRESNO MOTORS, LLC, a California limited company and SELMA MOTORS, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.: 1:11-cv-02000-CJC<br><br>**ORDER DIRECTING PARTIES TO FILE A JOINT STATUS REPORT** |

This case, which was on appeal before the Ninth Circuit, was remanded to this Court on December 1, 2015. (Dkt. Nos. 83, 84.) The Ninth Circuit determined that Plaintiffs have standing to pursue a claim against Defendant for violation of California Vehicle Code section 11713.3(t)(6). The case is now before this Court for the limited purpose of adjudicating this claim.

Accordingly, the parties are ORDERED to file a joint status report by **March 16, 2015** addressing whether additional discovery is required and whether this matter can be resolved through summary judgment.  If the parties do not believe that disposition on summary judgment is appropriate, the parties are further directed to propose a trial date and an estimated length of trial days.  Finally, the parties shall inform the Court as to any progress in reaching a mutual resolution through good-faith settlement and mediation efforts.

DATED:     March 2, 2015

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE