# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| FRESNO MOTORS, LLC, a California limited company, and SELMA MOTORS, INC., a California corporation,<br><br>    Plaintiffs,<br><br> vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware limited liability company,<br><br>    Defendant. | Case No.: 1:11-cv-02000-CJC<br><br>**ORDER DIRECTING PLAINTIFFS TO FILE MOTION FOR SUMMARY JUDGMENT** |

  On March 16, 2015, the parties submitted a joint status report indicating that they intended to bring cross-motions for summary judgment, but as of the date of this Order, they have yet to file them.  Accordingly, the Court ORDERS Plaintiffs to file a motion for summary judgment by **May 26, 2015.**  Defendant shall file an opposition no later than

1 **June 2, 2015.**  Plaintiffs may file a reply by **June 9, 2015.**  Plaintiffs' motion shall be
2 heard on **Friday, June 26, 2015 at 1:30 p.m.**

DATED:     May 11, 2015

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE